Duration: 27 minutes
Proceeding via: ☐ Video Conference ☐ AT&T ☒ In Person

DOCKET No. 22mag2478

DEFENDANT Andre Llacuna

ORIGINAL

AUSA Danielle Kudla

DEF.'S COUNSEL Aaron Mysliwiec
☒ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☒ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.
☐ Other: _____

DATE OF ARREST 3/24/22          ☐ VOL. SURR.
TIME OF ARREST _____   ☐ ON WRIT
TIME OF PRESENTMENT 1:58pm

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☒ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $100,000   PRB  ☒ 1   FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ DNJ / CD Cal and points in between for travel to court appearances
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☒ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: 4/11/22

### ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

Defendant is to reside in his family home and is not to relocate without permission from supervising agency.

See attached for additional conditions.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY              ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED     ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 5/4/22         ☒ ON DEFENDANT'S CONSENT

DATE: 4/4/2022

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016

- Do not use or possess any identification, mail matter, access device, or any identification-related material other than your own legal or true name without prior permission from Supervising Agency. In order to determine compliance, the defendant agrees to submit to a search of his person and/or property by Supervising Agency in conjunction with the US Marshal

- Do not sell, transfer, or give away any asset valued at $1,000 or more without notifying and obtaining permission from the Court.

- Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. These include ETHAN NGUYEN, ANDRE LLACUNA, MATTHEW NGUYEN.

- Defendant may possess and use only those computers, computer-related devices, screen usernames, passwords, email accounts, internet service providers, social media accounts, messaging applications, and cloud storage accounts that defendant discloses to and that are approved by Supervising Agency when supervision starts. Any changes or additions are to be disclosed to and include personal computers, internet appliances, electronic games, cellular telephones, digital storage media, their peripheral equipment, and any other device that can access, or can be modified to access, the internet, electronic bulletin boards, or other computers. All computers and computer-related devices that defendant uses will be subject to search and seizure by Supervising Agency, which may be in conjunction with law enforcement.

- Defendant is prohibited from the buying, selling, and trading of NFTs or conducting any cryptocurrency transactions. Defendant shall not use or possess more than one virtual currency wallet/account and all virtual currency wallets/accounts and NFTs shall be disclosed to the Supervising Agency upon request. In order to determine compliance, defendant agrees to submit to a search of his person and property, including computer hardware and software, which may be in conjunction with law enforcement.

- The defendant shall not purchase, secure or control any domain name without prior written approval from the Supervising Agency.