

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 19, 2022

**BY EMAIL**
The Hon. Ona T. Wang
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Ethan Nguyen and Andre Llacuna,* **22 Mag. 2478**

Dear Judge Wang:

The Government writes, with consent of defendant Ethan Nguyen and defendant Andre Llacuna, to request an extension *sine die* to review the electronic devices listed below (the "Electronic Devices"), which were seized pursuant to a judicially-authorized search warrant in the Central District of California and attached hereto as Exhibit A (the "California Warrant"). The Electronic Devices were seized on March 24, 2022. Pursuant to the California Warrant, law enforcement is required to search the Electronic Devices within 120 days, which expires on July 22, 2022. Both defendants have submitted applications to the Youth Adult Opportunity Program ("YAOP"), which remain pending. As a result of the pending YAOP applications and pre-indictment plea negotiations, the Government agreed to stop the Electronic Devices review. The Electronic Devices are in the Southern District of New York. The Government conferred with defense counsel prior to this request and neither counsel objects.

**Seized Electronic Devices**

| Device Description | Qty | Owner |
|---|---|---|
| Ledger Nano X w/Seeds<br>3760027781517<br>3760027781500<br>3760027781500 | 3 | LLACUNA, ANDRE |
| Ledger Nano S w/ Seeds | 2 | LLACUNA, ANDRE |
| Green Sandisk Thumbdrive<br>Serial No. BN200657706W | 1 | LLACUNA, ANDRE |
| Apple MacBook Pro A1989<br>S/N C02Y343CJHC9 + powercord | 1 | LLACUNA, ANDRE |

July 19, 2022
Page 2

| | | |
|---|---|---|
| Mobile Phone: Supreme (Red in Color) IMEI 3588851000091448 and S/N 2070018019039097 | 1 | LLACUNA, ANDRE |
| Mobile Phone: Apple iPhone 11 IMEI 353971107339298 and S/N DNPZMB90N72Q | 1 | LLACUNA, ANDRE |
| SanDisk Thumbdrive 64 GB S/N BN200657706W | 1 | LLACUNA, ANDRE |
| Western Digital SSD Model #W03NCE0010PNC-WRSN S/N 214859801096 | 1 | LLACUNA, ANDRE |
| Lian Li Razer Tower, Samsung HD 980PROMZ-V8P2T0 S/N S6B0NC0RA07689L | 1 | NGUYEN, ETHAN |

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  /s/
Danielle Kudla
Assistant United States Attorneys
(212) 637-2304

CC: Edward Sapone, Esq.
*Counsel for Ethan Nguyen*

Aaron Mysliwiec
*Counsel for Andre Llacuna*

Application **GRANTED**.

**SO ORDERED**.

The Hon. Ona T. Wang                07/20/2022
United States Magistrate Judge