```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    1:22-mj-02478-SN-2
                                    :
    -against-                       :    ORDER
                                    :
Andre Llacuna                       :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include:

- Travel extended to the Eastern District of California with prior consent of Pretrial Services.

Dated: June 15, 2023
New York, New York

                                        SO ORDERED:

                                        _____
                                        Ronnie Abrams
                                        United States District Judge