

January 27, 2025

**<u>Via</u> ECF**
The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Andre Llacuna*, 22-mj-2478

Dear Judge Netburn,

      This letter concerns my representation of Mr. Andre Llacuna in the above-captioned criminal case. I write to inform the Court of a few updates to Mr. Llacuna's approved travel itinerary for the Philippines in February 2025 (*see* ECF 39).

      Because it has become clear that Mr. Llacuna's itinerary will require a layover in South Korea, U.S. Pretrial Services, through Officer Dominique Jackson, has requested we write to the Court to provide further information regarding this layover. On his way to the Philippines, Mr. Llacuna's flight plan has him leaving LAX on February 9, 2025, and arriving in Seoul around 5:40 P.M. on February 10, 2025. He would remain in the airport and depart on a flight to Manila 4 hours later. On the way back from the Philippines on February 21st, Mr. Llacuna lands in Seoul at 6:00 A.M. and hopes to leave the airport for a short daytrip with family before departing again for LAX later that afternoon at 2:30 P.M. He would return to Los Angeles the morning of February 22, 2025.

      Therefore, as part of our updated request, I respectfully request permission for Mr. Llacuna to travel to the Philippines and the points in between for purposes of travel.

      Thank you for the Court's consideration.

---

**The travel request is GRANTED.
SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 28, 2025
               New York, New York

---

**Miedel & Mysliwiec LLP**
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com