

April 7, 2025

<u>Via</u> **ECF**
The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Andre Llacuna*, 22-mj-2478

Dear Judge Netburn,

    This letter concerns my representation of Mr. Andre Llacuna in the above-captioned case. I write the Court to request an amendment to Mr. Llacuna's bail conditions to allow for a brief trip.

    I respectfully request permission for Mr. Llacuna to travel from his home in Southern California to Las Vegas, Nevada from May 15, 2025, to May 20, 2025, with his girlfriend and her family. His exact travel details and lodging information will be provided to both U.S. Pretrial Services and the government upon any Court approval of this request. The reason for this request is for Mr. Llacuna to a) attend a music festival, and b) meet with one of his clients from his haircutting business to network and try to expand his business.

    Notably, in January 2025, Mr. Llacuna was granted permission by this Court to travel internationally for a family wedding in the Philippines. He did so without incident. Pretrial Services, through Officer Dominique Jackson, and the government, through AUSA Nathan Rehn, have informed me that there are no objections from either party to these requests.

    Thank you for the Court's consideration.

Respectfully submitted,

/s

Aaron Mysliwiec

---

The travel request is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 7, 2025
                New York, New York